# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

───────────────────────────────────────────────

MARCUS RAND,

        Petitioner,

v.

UNITED STATES OF AMERICA,

        Respondent.

Civil Nos. 19-1631 (JRT/LIB)

**ORDER ADOPTING REPORT
AND RECOMMENDATIONS**

───────────────────────────────────────────────

Marcus Rand, Reg. No. 16106-040, F.C.I. Sandstone, Unit B, P.O. Box 1000, Sandstone, MN 55072, *pro se* petitioner.

Ana H Voss, Ann Bildtsen, Assistant United States Attorneys, **UNITED STATES ATTORNEY'S OFFICE,** 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for respondent.

Based upon the Report and Recommendation of United States Magistrate Judge

Leo I. Brisbois, and after an independent review of the files, records and proceedings in

the above-entitled matter, **IT IS HEREBY ORDERED** that:

1. Petitioner Marcus Rand's Petitioner for Writ of Habeas Corpus, [Docket No. 1], is **DENIED without prejudice**; and

2. This matter is **DISMISSED without prejudice** for lack of jurisdiction.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: November 1, 2019
at Minneapolis, Minnesota

s/John R. Tunheim
JOHN R. TUNHEIM
Chief Judge
United States District Court